```
 1  VIOLA LAW FIRM, P.C.
    LAWRENCE S. VIOLA, ESQ., SBN 130335
 2  KATHLEEN RAE PANEK, ESQ., SBN 241307
    441 First Avenue
 3  P.O. Box 1290
    San Mateo, CA 94401-1290
 4  Telephone:   (650) 343-6400
    Facsimile:   (650) 342-6854
 5
    Attorneys for Plaintiff, ANNIE JACOB,
 6  OF THE RESTATEMENT OF THE ANNIE
    JACOB SEPARATE PROPERTY TRUST
 7
```

IN AND FOR THE UNIFIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO

| | |
|---|---|
| ANNIE JACOB, OF THE RESTATEMENT OF THE ANNIE JACOB SEPARATE PROPERTY TRUST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, et al.,<br><br>　　　　　Defendants | Case No. 3:10-CV-01789-SC<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; AND ORDER THERFOR |

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

**AND ORDER THEREFOR**

*(This Space Intentionally Left Blank)*

//
//
//
//

---

1
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; AND ORDER THEREFOR

**REQUEST**

Plaintiff, ANNIE JACOB, hereby requests the Court approve the substitution of VIOLA LAW FIRM, P.C., as attorney of record in place and stead of the LAW OFFICES OF BONNER & BONNER.

Dated: 9-1-2010

_____
ANNIE JACOB, Plaintiff

I consent to the above substitution.

LAW OFFICES OF BONNER & BONNER

Dated: Aug 31, 2010

_____
Charles A. Bonner, Esq.
Present Attorney for Plaintiff

I am duly admitted to practice in this District.

VIOLA LAW FIRM
A Professional Corporation

Dated: 9/1/10

_____
Kathleen Rae Panek, Esq.
New Attorney for Plaintiff

**ORDER**

The Court hereby orders that the request of <u>Plaintiff, ANNIE JACOB</u>, to substitute <u>Kathleen Rae Panek, Esq., of VIOLA LAW FIRM, P.C.</u>, who is retained counsel, and whose information is as follows: <u>441 First Avenue, P.O. Box 1290, San Mateo, California 94401-1290</u>
*Street Address*

<u>San Mateo, CA 94401-1290</u>          <u>kpanek@violaw.com</u>
*City, State, Zip*                               *Email Address*

<u>(650) 343-6400</u>     <u>(650) 342-6854</u>     <u>241307</u>
*Telephone*              *Facsimile*              *State Bar Number*

in place and stead of <u>Charles A. Bonner, Esq., of the LAW OFFICES OF BONNER & BONNER</u>, is hereby   ☒ GRANTED      ☐ DENIED

Dated: 9/3/10

The Hon. _____
U.S. District _____ of California

IT IS SO ORDERED
Judge Samuel Conti

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; AND ORDER THEREFOR