| | |
|---|---|
| 1 | SUNNY S. HUO (State Bar No. 181071) |
| | CASEY J. MCTIGUE (State Bar No. 266361) |
| 2 | SEVERSON & WERSON |
| | A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 5 | cjm@severson.com |
| 6 | Attorneys for Defendants |
| | AURORA LOAN SERVICES LLC |
| 7 | (erroneously sued as Aurora Loan Services) |
| | and CRAIG WILDRICK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE JACOB, TRUSTEE, OF THE RESTATEMENT OF THE ANNIE JACOB SEPARATE PROPERTY TRUST, | Case No.: 3:10-cv-01789-SC |
| | Assigned to:  The Hon. Samuel Conti for all purposes |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; [PROPOSED] ORDER** |
| AURORA LOAN SERVICES, CRAIG WILDRICK, and DOES 1-100, | Date:        September 17, 2010 |
| | Time:        10:00 a.m. |
| Defendants. | Courtroom: 1, 17th Floor |
| | Complaint Filed:  February 23, 2010 |
| | Trial Date:  Not yet set |

## STIPULATION AND REQUEST FOR CONTINUANCE

Aurora Loan Services LLC (erroneously sued as Aurora Loan Services) and Craig Wildrick (jointly "Defendants") have filed a motion to dismiss plaintiff Annie Jacob, Trustee, of the Restatement of the Annie Jacob Separate Property Trust ("Plaintiff")'s First Amended Complaint. The hearing for this motion is currently set for September 17, 2010.

After the motion was filed and before Plaintiff filed a response Plaintiff acquired new counsel. The substitution of counsel was just recently finalized by a filing a Substitution of Counsel with this Court. Docket # 18.

In the interests of allowing a full and complete response to the motion to dismiss, the parties stipulate to a continuance of the hearing on the motion to dismiss, and request the court continue the hearing date until October 8, 2010, or thereafter as the Court prefers. The parties also request that all responsive deadlines be continued to correspond with the new hearing date.

DATED: September 3, 2010

SEVERSON & WERSON
A Professional Corporation

By:  /s/ *Casey J. McTigue*
       Casey J. McTigue

Attorneys for Defendants
AURORA LOAN SERVICES LLC and
CRAIG WILDRICK

DATED: September 3, 2010

VIOLA LAW FIRM, PC

By:  /s/ *Kathleen Rae Panek*
       Kathleen Rae Panek

Attorneys for Plaintiffs
ANNIE JACOB, TRUSTEE, OF THE
RESTATEMENT OF THE ANNIE JACOB
SEPARATE PROPERTY TRUST

**ORDER**

The hearing on DEFENDANTS AURORA LOAN SERVICES LLC and CRAIG WILDRICK's Motion to Dismiss shall be continued from September 17, 2010 to October 8, 2010, at 10:00 a.m. in Courtroom 1. Additionally, it is ordered that all response and reply deadlines be continued to correspond to the new hearing date as set forth by Northern District Local Rules.

IT IS SO ORDERED.

DATED: September 7, 2010



_____
Senior Judge Samuel Conti
United States District Judge