VIOLA LAW FIRM, P.C.
LAWRENCE S. VIOLA, ESQ., SBN 130335
KATHLEEN RAE PANEK, ESQ., SBN 241307
441 First Avenue
P.O. Box 1290
San Mateo, CA 94401-1290
Telephone:   (650) 343-6400
Facsimile:    (650) 342-6854

Attorneys for Plaintiff, ANNIE JACOB,
TRUSTEE OF THE RESTATEMENT OF
THE ANNIE JACOB SEPARATE PROPERTY
TRUST

IN AND FOR THE UNIFIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO

| | |
|---|---|
| ANNIE JACOB, TRUSTEE OF THE RESTATEMENT OF THE ANNIE JACOB SEPARATE PROPERTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 3:10-CV-01789-SC<br><br>Assigned to: the Hon. Samuel Conti for all purposes<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: February 23, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1), each party to bear his/her own attorney's fees and costs.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: September 21, 2010                VIOLA LAW FIRM
                                         A Professional Corporation

                                         By:    /s/ Kathleen R. Pank
                                         Kathleen R. Panek, Esq. Attorneys for
                                         Plaintiff, ANNIE JACOB, OF THE
                                         RESTATEMENT OF THE ANNIE JACOB
                                         SEPARATE PROPERTY TRUST

//

[Court seal: IT IS SO ORDERED / Judge Samuel Conti]

1 | DATED: September 21, 2010

SEVERSON & WERSON
A Professional Corporation

By:    */s/ Casey J. McTigue*
Casey J. McTigue
Attorneys For Defendants, AURORA LOAN SERVICES, LLC, and CRAIG WILDRICK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28